UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN BARBIERI and NOLAN RADOMSKI, | Case No. 23-cv-00525 |
| Plaintiffs, | |
| v. | |
| THOMAS JEITSCHKO in his official capacity; JUDITH WHIPPLE in her official capacity; and AMY WISNER in her official and individual capacities. | Hon. Paul L. Maloney |
| Defendants. | |

### STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS WHIPPLE AND JEITSCHKO TO FILE THEIR FIRST RESPONSIVE PLEADING AND RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto via the signatures of their counsel that the deadlines to file Defendants Whipple and Jeitschko's first responsive pleading and response to Plaintiffs' motion for preliminary injunction are extended as follows:

IT IS ORDERED that Defendants Whipple and Jeitschko must file their first responsive pleading by July 6, 2023.

IT IS FURTHER ORDERED that Defendants Whipple and Jeitschko must file their response to Plaintiffs' motion for preliminary injunction by July 6, 2023.

This order does not prejudice the parties hereto and in no way waives Defendants Whipple and Jeitschko's defenses, including immunity defenses.

IT IS SO ORDERED.

Dated: June 5, 2023          /s/ Paul L. Maloney
                             Hon. Paul L. Maloney
                             U.S. District Court Judge


*s/ Tyson C. Langholer (with permission)*          *Elizabeth M. Watza*
Tyson C. Langhofer                                  Elizabeth M. Watza (P81129)
VA Bar No. 95204                                    MSU Office of General Counsel
Alliance Defending Freedom                          Attorney for Defendants Whipple and
44180 Riverside Pkwy                                Jeitscho
Lansdowne, Virginia 20176                           426 Auditorium Road, Room 494
Telephone: (571) 707-4655                           East Lansing, MI 48823
Facsimile: (571) 707-4656                           (517) 884-9483
tlanghofer@ADFlegal.org                             watzaeli@msu.edu
*Counsel for Plaintiffs*