UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN BARBIERI and NOLAN RADOMSKI, | Case No. 23-cv-00525 |
| Plaintiffs, | |
| v. | Hon. Paul L. Maloney |
| THOMAS JEITSCHKO in his official capacity; JUDITH WHIPPLE in her official capacity; and AMY WISNER in her official and individual capacities. | |
| Defendants. | |

### SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS WHIPPLE AND JEITSCHKO TO FILE THEIR FIRST RESPONSIVE PLEADING AND RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto via the signatures of their counsel that the deadlines to file Defendants Whipple and Jeitschko's first responsive pleading and response to Plaintiffs' motion for preliminary injunction are extended as follows:

IT IS ORDERED that Defendants Whipple and Jeitschko must file their first responsive pleading by July 20, 2023.

IT IS FURTHER ORDERED that Defendants Whipple and Jeitschko must file their response to Plaintiffs' motion for preliminary injunction by July 20, 2023.

This order does not prejudice the parties hereto and in no way waives Defendants Whipple and Jeitschko's defenses, including immunity defenses.

IT IS SO ORDERED.

Dated: June 29, 2023

/s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge

*s/ Tyson C. Langhofer w/permission*

Tyson C. Langhofer
VA Bar No. 95204
P. Logan Spena
VA Bar No. 98407
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org
*Counsel for Plaintiffs*

*s/ Elizabeth M. Watza*

Elizabeth M. Watza (P81129)
MSU Office of General Counsel
Attorney for Defendants Whipple and Jeitscho
426 Auditorium Road, Room 494
East Lansing, MI 48823
(517) 884-9483
watzaeli@msu.edu