UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN BARBIERI and NOLAN RADOMSKI,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS JEITSCHKO in his official capacity; JUDITH WHIPPLE in her official capacity; and AMY WISNER in her official and individual capacities.<br><br>Defendants. | Case No. 23-cv-00525<br><br>Hon. Paul L. Maloney |

### THIRD STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS WHIPPLE AND JEITSCHKO TO FILE THEIR FIRST RESPONSIVE PLEADING AND RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto via the signatures of their counsel that the deadlines to file Defendants Whipple and Jeitschko's first responsive pleading and response to Plaintiffs' motion for preliminary injunction are extended as follows:

IT IS ORDERED that Defendants Whipple and Jeitschko must file their first responsive pleading by July 31, 2023.

IT IS FURTHER ORDERED that Defendants Whipple and Jeitschko must file their response to Plaintiffs' motion for preliminary injunction by July 31, 2023.

This order does not prejudice the parties hereto and in no way waives Defendants Whipple and Jeitschko's defenses, including immunity defenses.

IT IS SO ORDERED.

Dated: July 26, 2023                                        /s/ Paul L. Maloney
                                                            Hon. Paul L. Maloney
                                                            U.S. District Court Judge

| *s/ Tyson C. Langhofer (with permission)* | *Elizabeth M. Watza* |
|---|---|
| Tyson C. Langhofer | Elizabeth M. Watza (P81129) |
| VA Bar No. 95204 | MSU Office of General Counsel |
| P. Logan Spena | Attorney for Defendants Whipple and Jeitschko |
| VA Bar No. 98407 | |
| Alliance Defending Freedom | 426 Auditorium Road, Room 494 |
| 44180 Riverside Pkwy | East Lansing, MI 48823 |
| Lansdowne, Virginia 20176 | (517) 884-9483 |
| Telephone: (571) 707-4655 | watzaeli@msu.edu |
| Facsimile: (571) 707-4656 | |
| tlanghofer@ADFlegal.org | |
| *Counsel for Plaintiffs* | |