UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN BARBIERI AND THOMAS
RADOMSKI,

    Plaintiffs,                                              Case No. 1:23-cv-525

v.                                                                     Hon. Paul L. Maloney

THOMAS JEITSCHKO, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS ORDERED** that Plaintiffs Nathan Barbieri and Thomas Radomski's complaint (ECF No. 1) is **DISMISSED** and **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

Dated: July 29, 2025                                        /s/ Paul L. Maloney
                                                                 PAUL L. MALONEY
                                                                 UNITED STATES DISTRICT JUDGE